■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN SIMON, Appellant. [4 NYS3d 903]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered December 18, 2012, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly denied his request to charge the jury on the affirmative defense of extreme emotional disturbance (see People v Roche, 98 NY2d 70, 75 [2002]). In particular, the evidence did not "demonstrate, first, that he . . . acted under the influence of an extreme emotional disturbance and, second, that there was a reasonable explanation or excuse for that disturbance" (People v Roche, 98 NY2d at 76; see People v Piquion, 283 AD2d 233 [2001]; cf. People v Sepe, 111 AD3d 75 [2013]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Mastro, J.P., Dillon, Hall and Miller, JJ., concur.